# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL RENNER,

        Petitioner

    v.

THE COURT OF COMMON PLEAS OF
LEHIGH COUNTY, COUNTY OF
LEHIGH, JOHN J. SIKORA AND MARK
SUROVY,

        Respondents

:  No. 851 MAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1)    Did the Legislature intend for the Unified Judicial System to be within the definition of "employer" under the Pennsylvania Human Relations Law, and therefore abrogated its sovereign immunity as stated in the *en banc* decision in *County of Allegheny v. Wilcox*, 465 A.2d 47 (Pa. Cmwth. 1983)[?]

(2)    Does the application of the Pennsylvania Human Relations Act to the Unified Judicial System violate separation of powers so long as the Human Relations Commission neither investigates nor adjudicates the complaint of discrimination, as this Court held in *Ct. of Com. Pleas of Erie County (6th Jud. Dist.), Juv. Probation Dept. v. Pennsylvania Human Rel. Commn.*, 682 A.2d 1246 (Pa. 1996) and *First Jud. Dist. of Pennsylvania v. Pennsylvania Human Rel. Comm'n.*, 727 A.2d 1110 (Pa. 1999)?